1  BUCHALTER
   A Professional Corporation
2  WILLMORE F. HOLBROW III (SBN: 169688)
   1000 Wilshire Boulevard, Suite 1500
3  Los Angeles, CA  90017-2457
   Telephone: 213.891.0700
4  Fax: 213.896.0400
   Email:  wholbrow@buchalter.com
5
   Attorneys for Plaintiff
6

7
                   **UNITED STATES DISTRICT COURT**
8                  **CENTRAL DISTRICT OF CALIFORNIA**
                         **WESTERN DIVISION**
9

10 | Rastaclat, LLC, a Delaware limited liability company | Case No. 2:20-cv-6794 |
11 | | |
   | Plaintiff, | |
12 | | |
   | vs. | **COMPLAINT FOR DESIGN PATENT INFRINGEMENT** |
13 | | |
   | Drihp LLC, a Florida limited liability company | **[DEMAND FOR JURY TRIAL]** |
14 | | |
15 | Defendant. | |

16

17

18              **JURISDICTION, VENUE AND PARTIES**

19       1.    This is an action for preliminary and permanent injunctive relief and

20 for damages arising from Defendant, DRIHP LLC, a Florida limited liability

21 company (hereinafter "Defendant") violations of 35 U.S.C. § l et seq.,  §§ 271, 281

22 and 289 for patent infringement and unfair competition under the common law and

23 the laws of the State of California.

24       2.    This Court has jurisdiction over the subject matter of this action under

25 28 U.S.C. §§1338(a), 1338(b).

26       3.    Plaintiff RASTACLAT, LLC is a limited liability company organized

27 and existing under the laws of the State of Delaware with its principal place of

28 business at 4007 Paramount Blvd., #110 Lakewood, California 90712.

4. Plaintiff is informed and believes that at all times material hereto, Defendant DRIHP LLC is a limited liability company of Florida with its principal place of business located at 4700 Millenia Boulevard, Suite 400, Orlando, Florida 32839.

5. This Court has personal jurisdiction over Defendant, as Defendant does business in this judicial district, Defendant's conduct directly effects Plaintiff which resides in this judicial district, Defendant directs marketing and advertising in California, Defendant sells the accused infringing product throughout the United States, including this judicial district, and this Court has long arm jurisdiction over Defendant pursuant to California Civil Procedure §410.10 et seq.

6. Venue is proper in this district under 28 U.S.C. §1391(a), in that the Defendant is subject to personal jurisdiction in this District and under 28 U.S.C. §1391(b) and (c) because a substantial part of the events giving rise to the claims occurred in this District.

**FIRST CAUSE OF ACTION**
**DESIGN PATENT INFRINGEMENT**

7. Plaintiff is a well-known designer and manufacturer of bracelets in this District and other districts and is known in the marketplace as "Rastaclat."

8. Plaintiff has designed and created a unique bracelet, consisting of a bracelet portion, coming together with a connecting portion, which is terminated at two aglets.

9. Plaintiff is also the owner of U.S. Design Patent No. D873,165S, filed October 12, 2018 and issued January 21, 2020 ("'165 Patent"). The '165 Patent is valid and enforceable.

10. The Rastaclat bracelet incorporates several unique and distinctive designs, ornamentation and embellishments that, as a whole, have become the iconic and signature look of the Rastaclat bracelet.

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

2

COMPLAINT FOR DESIGN PATENT INFRINGEMENT
BN 41406014v1

Case No. 2:20-cv-6794

11. For many years, Plaintiff has been manufacturing, distributing, offering for sale and selling the Rastaclat bracelet, throughout the United States and worldwide.

12. Plaintiff has received extensive public exposure, publicity and celebrity press and has achieved renown among the trade and the relevant public throughout the United States and worldwide.

13. Defendant, at various places throughout the United States, including, but not limited to, via an interactive Internet website http://www.drihp.com available to, used and accessed by, persons in this District, Defendant has been, and is, offering or exposing for sale, and selling, one or more bracelets that infringe, or otherwise violate Plaintiff's exclusive rights in and arising from the '165 Patent. Defendant identifies such infringing bracelets as Drihp Hemp Bracelets (See Exhibit A attached hereto.)

14. Defendant has been given notice of Plaintiff's '165 Patent.

15. Defendant has engaged in the acts herein complained of willfully, deliberately, and with full knowledge of Plaintiff's rights.

16. Defendant will continue its wrongful activity unless enjoined by this Court, and unless these activities are stopped, the damage to Plaintiff will be irreparable.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that this Court enter judgment as follows:

1. Finding that Defendant has infringed the '165 Patent and violated 35 U.S.C. § 1 et seq., §§ 271, 281 and 289.

2. Ordering that Defendant and their officers, agents, servants, employees and attorneys and all persons in active concert or participation with any of the foregoing, be enjoined preliminarily during the pendency of this action and permanently thereafter from:

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

3

COMPLAINT FOR DESIGN PATENT INFRINGEMENT
BN 41406014v1

Case No. 2:20-cv-6794

      a.      Offering for sale, soliciting sales, or selling any products that incorporates or is confusingly similar to Plaintiff's patented design; and

      b.      Infringing upon Plaintiff's patented design.

3. Ordering that Plaintiff is the exclusive owner of the patented design and that such patent is valid and enforceable.

4. Ordering that Defendant deliver to Plaintiff for destruction all signs, products, advertisements, literature, and any other promotional material, which feature the patented design or any other product confusingly similar to Plaintiff's product.

5. Ordering that Defendant account to Plaintiff for, and disgorge, all profits Defendant has derived by reason of the wrongful acts described above.

6. Granting an award of Defendant's profits as a result of Defendant's aforesaid acts of infringement in violation of Plaintiff's rights.

7. Granting an award of Plaintiff's costs, expenses and reasonable attorneys' fees and other and further relief as is just and proper.

Dated: July 29, 2020      /s/ Willmore F. Holbrow, III
                                     Willmore F. Holbrow, III
                                     BUCHALTER
                                     Attorneys for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all claims triable by jury.

DATED: July 29, 2020

BUCHALTER
A Professional Corporation

By: /s/Willmore F. Holbrow, III
WILLMORE F. HOLBROW III
Attorneys for Plaintiff
BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

5

COMPLAINT FOR DESIGN PATENT INFRINGEMENT

Case No. 2:20-cv-6794

BN 41406014v1

**EXHIBIT A**

